**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
--------------------------------------------------------x
| |
**JOHN DOE,**                                    |   Case No. 1:20-cv-11571-RWZ
                    **Plaintiff,**    |
   v.                                            |
| |
**UNIVERSITY OF MASSACHUSETTS**     |
**AT AMHERST, KUMBLE R.**            |
**SUBBASWAMY, in his official capacity** |
**as Chancellor, WILLIAM D. BRADY,** |
**in his official capacity as Vice Chancellor,** |
**Chief Human Resources Officer &**   |
**Interim Title IX Coordinator, and**   |
**PATRICIA CARDOSO-ERASE, in her**   |
**official capacity as Associate Dean of** |
**Students for Conduct and Student**  |
**Compliance,**                        |
| |
                   **Defendant.**    |
--------------------------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between the undersigned, that Plaintiff John Doe's Complaint against Defendant University of Massachusetts At Amherst, Defendant Kumble R. Subbaswamy, in his official capacity as Chancellor, Defendant William D. Brady, in his official capacity as Vice Chancellor, Chief Human Resources Officer & Interim Title IX Coordinator, and Defendant Patricia Cardoso-Erase, in her official capacity as Associate Dean of Students for Student Conduct and Compliance, is hereby dismissed, with prejudice, as to these named parties only, without costs or fees to any party.

| | |
|---|---|
| DATED: July 26, 2021 | NESENOFF & MILTENBERG, LLP<br>By: *Philip A. Byler*<br>Philip A. Byler, Esq. (pro hac vice)<br>Andrew T. Miltenberg, Esq. (pro hac vice forthcoming)<br>363 Seventh Avenue, Fifth Floor<br>New York, New York 10001<br>(212) 736-4500<br>pbyler@nmllplaw.com<br>amiltenberg@nmllplaw.com<br><br>*/s/ Tara J. Davis*<br>Tara J. Davis (BBO # 675346)<br>NESENOFF & MILTENBERG, LLP<br>101 Federal Street, 19th Floor<br>Boston, MA 02110<br>212-736-4500<br>tdavis@nmllplaw.com<br><br>*Counsel for Plaintiff*<br><br><br>UNIVERSITY DEFENDANTS<br>By their attorney,<br>_/s/*Mark A. Johnson*___<br>Mark A. Johnson, BBO No. 651271<br>Associate Counsel<br>University of Massachusetts<br>Office of the General Counsel<br>333 South Street<br>Shrewsbury, MA 01545<br>(774) 455-7300<br>majohnson@umassp.edu |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July, 2021, a true copy of the foregoing was filed through the ECF System, which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be served upon anyone indicated as a non-registered participant.

/s/ *Philip A. Byler*
**Philip A. Byler, Esq.**